UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| ERIC P. CERWONKA | CIVIL ACTION NO. 6:17-cv-1095 |
|---|---|
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| STATE OF LOUISIANA, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and consideration of the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss filed by Defendant, The State of Louisiana Through the Louisiana State Board of Examiners of Psychologists, is GRANTED to the extent Defendant seeks dismissal of the claims brought against it pursuant to Fed. R. Civ. P. 12(b)(1). Accordingly, the claims against Defendant are DISMISSED WITHOUT PREJUDICE, consistent with the report and recommendation.

Monroe, Louisiana, this 17th day of April, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE